```
           UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA

                       CHARLESTON
```

**BRIAN CHRIS YOAKUM,**

    **Plaintiff,**

v.                                    CASE NO. 2:08-cv-01268

**AIG DOMESTIC CLAIMS SERVICES, INC.,**

    **Defendant.**

## O R D E R

Pending before the court is Defendant's second motion to compel (# 18), filed April 14, 2009, seeking Plaintiff's responses to Defendant's requests for production of documents. Plaintiff has responded (# 23), admitting that he did not produce documents timely and stating that the documents were produced "today" (April 27, 2009). Defendant has replied (# 24), advising that as of the filing of the reply (4:15 p.m. on April 28, 2009), the documents had not been received.

It is hereby **ORDERED** that the motion to compel is granted. If Plaintiff has not produced the records, counsel for Defendant should notify the court promptly.

The Clerk is directed to transmit this order to all counsel of record.

    ENTER: April 28, 2009

                                          Mary E. Stanley
                                          United States Magistrate Judge